557 A.2d 719

FLEET PIZZA, INC., t/a Domino's Pizza (Appellee at No. 42), and S & M Pizza, Ltd., t/a Domino's Pizza (Appellee at No. 43)

v.

COMMONWEALTH of Pennsylvania (DEPT. OF REVENUE), Appellant.

Supreme Court of Pennsylvania.

Argued May 4, 1989.

Decided May 10, 1989.

Kathleen Krise Shaulis, Asst. Counsel, Harrisburg, for appellant.

Franics Mazzola, Harrisburg, P.J. DiQuinzio, for appellees.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM:

Order affirmed.

NIX, C.J., dissents.